_____

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: February 10, 2026**



_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 PROCEEDING
  MARTEZ TRANQUE McDONALD                              23-50271 KMS
  130 S 34th Ave
  Hattiesburg, MS  39402                                 SSN:  XXX-XX-0367

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    CITY OF HATTIESBURG
    ATTEN: PAYROLL
    P.O. BOX 1897
    HATTIESBURG, MS  39403

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net