**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Martez Tranque McDonald, Debtor           Case No. 23-50271-KMS
                                                                                         Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

    prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:   /s/ Martez Tranque McDonald_____                                   02-18-2026\_\_\_
        Martez Tranque McDonald                                                                Date

/s/ Thomas C. Rollins, Jr._____                                             02-18-2026\_\_\_
Thomas C. Rollins, Jr., MS Bar No. 103469                                          Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On February 20, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                /s/ Thomas C. Rollins, Jr._____
                                                Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>MARTEZ TRANQUE MCDONALD | CASE NO: 23-50271<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/20/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARTEZ TRANQUE MCDONALD

CASE NO: 23-50271

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 2/20/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/20/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-50271<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU FEB 19 14-45-31 PST 2026 | CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI<br>CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| FAMILY CHOICE FINANCIAL  INC  HATTIESBURG<br>CO B JOEY HOOD  II  ATTORNEY AT LAW<br>PO BOX 759<br>ACKERMAN  MS 39735-0759 | WOLLEMI ACQUISITIONS  LLC  CO AIS PORTFOLIO<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | EXCLUDE<br>US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 |
| AVANT<br>222 N LASALLE ST<br>STE 1700<br>CHICAGO  IL 60601-1101 | B JOEY HOOD II  ATTORNEY AT LAW  PLLC<br>FOR FAMILY CHOICE FINANCIAL INC<br>HATTIESBURG BRANCH<br>POST OFFICE BOX 759<br>ACKERMAN  MS 39735-0759 | CB INDIGO<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 |
| CSPIRE WIRELESS<br>PO BOX 159<br>MEADVILLE  MS 39653-0159 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CIT  UT 84130-0285 | CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI<br>ONE  NA CO AIS PORTFOLIO SERVICES  LL<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| CHRYSLER CAPITAL<br>PO BOX 660335<br>DALLAS  TX 75266-0335 | CITIZENS NATIONAL BANK<br>1127 HWY 15<br>LAUREL  MS 39440-2649 | COMENITY BANK<br>GAMESTOP<br>PO BOX 182120<br>COLUMBUS  OH 43218-2120 |
| CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | (P)FAMILY CHOICE FINANCIAL<br>3208 SERVICE DRIVE<br>SUITE E<br>PEARL MS 39208-3539 | FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD  MN 56303-0820 |
| FIRST HERITAGE<br>3317 HARDY ST<br>HATTIESBURG  MS 39401-6934 | (P)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | FIRST PREMIER BANK<br>PO BOX 5529<br>SIOUX FALLS  SD 57117-5529 |
| PAUL GARNER MOTORS  LL<br>PO BOX 247<br>TAYLORSVILLE  MS 39168-0247 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | EXCLUDE<br>(D)(P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| SEVENTH AVENUE<br>112 7TH AVE<br>MONROE  WI 53566-1364 | SOUTHERN FINANCIAL COL<br>PO BOX 15203<br>HATTIESBURG  MS 39404-5203 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA  GA 30348-5972 |

```
TBOM FORTIVA                          TERRY MCDONALD                        TOWER LOAN
POBOX 105555                          206 HARTFIELD RD                      2305 HWY NORTH
ATLANTA   GA 30348-5555               APT 39                                LAUREL   MS 39440
                                      HATTIESBURG  MS 39402-9461



                                      EXCLUDE

TRUSTCARE EXPRESS MEDICAL CLINIC      UNITED STATES TRUSTEE                 WALKER MOTORS
CO FRANKLIN SERVICE INC               501 EAST COURT STREET                 293 SANDY RUN RD
PO BOX 3910                           SUITE 6-430                           HATTIESBURG  MS 39402-8015
TUPELO   MS 38803-3910                JACKSON  MS 39201-5022




                                                                            EXCLUDE

WELLS FARGO                           WOLLEMI ACQUISITIONS  LLC BY AIS PORTFOLIO   (P)DAVID RAWLINGS
PO BOX 14517                          SERVICES  LLC                         ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
DES MOINES  IA 50306-3517             4515 N SANTA FE AVE DEPT APS          PO BOX 566
                                      OKLAHOMA CITY OK 73118-7901           HATTIESBURG MS 39403-0566




DEBTOR                                EXCLUDE

MARTEZ TRANQUE MCDONALD               THOMAS CARL ROLLINS JR
130 S 34TH AVE                        THE ROLLINS LAW FIRM  PLLC
HATTIESBURG  MS 39402-1605            PO BOX 13767
                                      JACKSON  MS 39236-3767
```