**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Martez Tranque McDonald                              Case No. 23-50271-KMS
, Debtor                                                                              CHAPTER 13

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,080.00 | $51.25 | $2,131.25 | 32 | 4/18/2023 |
| $2,130.00 | $75.80 | $2,205.80 | 55 | 8/14/2023 |
| $612.00 | $47.36 | $659.36 | 64 | 7/22/2024 |
| $454.00 | $29.76 | $483.76 | n/a | n/a |
| $5,276.00 | $204.17 | $5,480.17 | | |



# INVOICE

Invoice # 4548
Date: 03/22/2023
Due On: 04/21/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Martez Tranque McDonald
130 S 34th Ave
Hattiesburg, MS 39402

## 04651-McDonald Martez Tranque

## Ch 13 (refile) - Martez

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | YM | 12/07/2022 | Phone consult with client about tax docs needed and credit counseling | 0.10 | $100.00 | $10.00 |
| Service | JC | 12/28/2022 | Telephone call from debtor informing he had documents requested by YM. Set appointment for him to bring them in to Hattiesburg office. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 01/10/2023 | Review initial docs submitted by debtor | 0.20 | $350.00 | $70.00 |
| Service | TR | 01/11/2023 | Review: 19-51393-KMS Chapter 13 Trustee Final Report and Account (batch) Document# 88 | 0.20 | $350.00 | $70.00 |
| Service | YM | 01/12/2023 | Contact Debtor: Needed DL/ID, SS card, bank and pay | 0.30 | $100.00 | $30.00 |
| Service | JAC | 01/26/2023 | Reviewed updated documents submitted by debtor | 0.20 | $350.00 | $70.00 |
| Service | YM | 02/03/2023 | Review and organize documents provided by debtor: Tax Documents | 0.10 | $100.00 | $10.00 |
| Service | YM | 02/06/2023 | Contact Debtor: Drafted email for Jan pay | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/09/2023 | Review docs submitted by ∆. Missing January pay | 0.10 | $350.00 | $35.00 |
| Service | YM | 02/09/2023 | Contact Debtor: drafted email for pay | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/13/2023 | Review: 19-51393-KMS Order Closing Case Document #89 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 02/23/2023 | Input Case | 0.90 | $350.00 | $315.00 |
| Service | JAC | 02/23/2023 | Draft Matrix | 0.10 | $350.00 | $35.00 |
| Service | YM | 02/23/2023 | Contact Debtor: draft email w/ Matrix for ∆ review w/ instructions | 0.10 | $100.00 | $10.00 |
| Service | KR | 02/23/2023 | Contact Debtor: Telephone conference about what he needs to tell the creditors. Told him once he signs and the case is filed he will get a case number but until then he just tells them he has retained a lawyer and is in the process of filing. | 0.10 | $150.00 | $15.00 |
| Service | JAC | 02/24/2023 | Prepare signing docs | 0.20 | $350.00 | $70.00 |
| Service | JAC | 02/27/2023 | Meet with client to review final bankruptcy | 1.10 | $350.00 | $385.00 |
| Service | JAC | 02/28/2023 | Draft motion to extend stay | 0.20 | $350.00 | $70.00 |
| Expense | JAC | 02/28/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $19.25 | $19.25 |
| Service | TR | 02/28/2023 | Review: 23-50271-KMS Meeting of Creditors Chapter 13 Document# 11 | 0.20 | $350.00 | $70.00 |
| Service | TR | 02/28/2023 | Review: 23-50271-KMS Hearing Set - Bankruptcy Document# 12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/01/2023 | Review: 23-50271-KMS Order Upon Employer Directing Deductions from Pay Document #13 | 0.10 | $350.00 | $35.00 |
| Service | KR | 03/01/2023 | Drafted Notice of filing plan. Reviewed the plan for the creditors listed in 3.2/3.4, researched and reviewed the Secretary of State website for agents of notice information. Drafted email memo to JC re: review notice | 0.40 | $150.00 | $60.00 |
| Expense | YM | 03/02/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $32.00 | $32.00 |
| Service | KR | 03/02/2023 | Received and reviewed COS. Uploaded and filed with the courts | 0.10 | $150.00 | $15.00 |
| Service | KR | 03/06/2023 | Reviewed filing documents. Pulled and organized the 2 years taxes, 3 bank statements, 60 days pay and ID for the Trustee for the meeting of creditors. Drafted email to Darlene at the Trustee Office debtor's documents | 0.40 | $150.00 | $60.00 |
| Service | KR | 03/06/2023 | Draft Notice, Motion & Order: Drafted Certificate of Compliance - Payment Advices Filed with Trustee. Uploaded and filed with the court | 0.10 | $150.00 | $15.00 |

Invoice # 4548 - 03/22/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 03/06/2023 | Review: Proof of Claim 23-50271-KMS Republic Finance, LLC Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/06/2023 | Review: Proof of Claim 23-50271-KMS Republic Finance, LLC Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/07/2023 | Draft objection to POC | 0.30 | $350.00 | $105.00 |
| Service | TR | 03/09/2023 | Review: Proof of Claim 23-50271-KMS Republic Finance, LLC Document # Amended 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/09/2023 | Review: Proof of Claim 23-50271-KMS Republic Finance, LLC Document # Amended 1 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/09/2023 | Review: Proof of Claim 23-50271-KMS Trustcare Express Medical Clinic Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/10/2023 | Telephone conference w/ republic finance re: poc and collateral | 0.20 | $350.00 | $70.00 |
| Service | TR | 03/22/2023 | Review: Proof of Claim 23-50271-KMS Capital One Auto Finance, a division of Capital On Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/22/2023 | Review: Proof of Claim 23-50271-KMS Wollemi Acquisitions, LLC by AIS Portfolio Service Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/22/2023 | Review: 23-50271-KMS Minute Entry (CHAP) Document# 22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/22/2023 | Review and Revise itemizations | 0.20 | $350.00 | $70.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.0 | $350.00 | $1,050.00 |
| Thomas Rollins | Attorney | 2.2 | $350.00 | $770.00 |
| Jacki Curry | Non-Attorney | 0.1 | $150.00 | $15.00 |
| Yvette Miller | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Kerri Rodabough | Non-Attorney | 1.1 | $150.00 | $165.00 |
| | | | Total | $2,131.25 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4548 | 04/21/2023 | $2,131.25 | $0.00 | $2,131.25 |
| | | | **Outstanding Balance** | **$2,131.25** |
| | | | **Total Amount Outstanding** | **$2,131.25** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5059
Date: 07/15/2023
Due On: 08/14/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Martez Tranque McDonald
130 S 34th Ave
Hattiesburg, MS 39402

## 04651-McDonald Martez Tranque

## Ch 13 (refile) - Martez DNR

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 03/22/2023 | Draft Fee App | 0.20 | $350.00 | $70.00 |
| Expense | YM | 03/23/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $39.68 | $39.68 |
| Service | TR | 03/23/2023 | Review COS and file on docket - App Comp | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/24/2023 | Review: 23-50271-KMS Order on Motion to Extend Automatic Stay Document #23 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/27/2023 | Review: 23-50271-KMS Objection to Confirmation of the Plan Document# 27 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/27/2023 | Email OC re: Objection to Confirmation of the Plan Document# 27 | 0.10 | $350.00 | $35.00 |
| Service | JC | 03/27/2023 | Contact Debtor: Telephone call from debtor to obtain mailing address for trustee payments; drafted text message sending same | 0.10 | $150.00 | $15.00 |
| Service | TR | 03/28/2023 | Review and sign AO on Obj to Conf by email | 0.10 | $350.00 | $35.00 |
| Service | JAC | 03/30/2023 | Attend telephonic 341 hearing | 0.30 | $350.00 | $105.00 |
| Service | YM | 03/30/2023 | Telephone conversation with ∆ he wanted to make sure that we had a creditor listed in his paperwork and to find out what he had to pay per month to the trustee | 0.30 | $100.00 | $30.00 |

Page 1 of 6

| Service | KR | 04/03/2023 | Contact Debtor: Telephone conference with debtor about the Family Choice debt. He just got off the phone with the attorney and could not remember what was said. Drafted email memo to TR re: Family Choice | 0.10 | $150.00 | $15.00 |
|---|---|---|---|---|---|---|
| Service | TR | 04/03/2023 | Telephone Conference w/ client re: family choice poc | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/03/2023 | Telephone conference w/ Family Choice re: POC | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/03/2023 | Contact Debtor: Telephone conference with debtor about documents he received on his vehicle from Wesley Blackster. He would like us to review. He is going to email them to me. | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/03/2023 | Review email from debtor: Reviewed email from debtor with the Objection to Confirmation that was filed by Capital One. Telephone conference with debtor and explained that Mr. Rollins has reached out to Wesley Balckshear's office and if there are any issues we will let him know but Capital One is trying to object his confirmation of the plan due to the amounts. He understood but just wanted to make sure he was on the same page | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/04/2023 | Draft Obj to POC | 0.30 | $350.00 | $105.00 |
| Service | TR | 04/05/2023 | Review: Proof of Claim 23-50271-KMS Family Choice Financial, Inc Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/05/2023 | Draft Obj to POC | 0.30 | $350.00 | $105.00 |
| Service | JAC | 04/06/2023 | Updated treatment on debts, sent task to KR to get bank statements | 0.20 | $350.00 | $70.00 |
| Service | KR | 04/06/2023 | Contact Debtor: Telephone conference with debtor about needing 3 months of statements for the First Citizens account that he did not mention when he filed. He will drop them off tomorrow in the drop box at our Hattiesburg location | 0.10 | $150.00 | $15.00 |
| Expense | PL | 04/06/2023 | Postage | 1.00 | $0.60 | $0.60 |
| Service | TR | 04/10/2023 | Review: 23-50271-KMS Trustee's Objection to Confirmation of Plan Document# 29 | 0.30 | $350.00 | $105.00 |
| Service | KR | 04/11/2023 | Contact Debtor: Called debtor left message and drafted text about the Citizens National Bank statements that we need for the Trustee. | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/11/2023 | Contact Debtor: Received text message | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | from debtor requesting the months of the Citizens National Bank statements the Trustee needs. Drafted text to debtor letting him know we need January-March statements | | | |
| Service | KR | 04/12/2023 | Contact Debtor: Called debtor left message and drafted text asking when he will get the Citizens National Bank statements off | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/13/2023 | Contact Debtor: Reviewed message that debtor's girlfriend will drop off the Citizens National statements this morning | 0.10 | $150.00 | $15.00 |
| Service | YM | 04/14/2023 | Review and organize documents provided by debtor: Review and organize 3 months of Bank statements | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/14/2023 | Contact Debtor: Telephone conference with debtor about dropping off the Citizens National Bank statements. | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/18/2023 | Contact Debtor: Reviewed 3 months of bank statements for Citizens National Bank | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/18/2023 | Reviewed message to call Joey Hood in reference to debtor | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/19/2023 | Telephone conference with Nikki at Joey Hood's office. Returning his call to find out what he needed; he was with a client; will call me back. | 0.10 | $150.00 | $15.00 |
| Service | KR | 04/19/2023 | Telephone conference with Joey Hood attorney for Family Choice about objection to the proof of claim filed by Family choice due to the statute of limitations with the attorney. He stated he thinks that the time frame still allows the claim to be filed. He would like a call back if he is not available the attorney can call and speak with Cynthia. Drafted email memo to TR re: Objection to Proof of Claim | 0.20 | $150.00 | $30.00 |
| Service | TR | 04/19/2023 | Review: 23-50271-KMS Order on Application for Compensation Document #32 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/19/2023 | Review: 23-50271-KMS Order Regarding Objection to Claim Document #30 | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/21/2023 | Contact Debtor: Telephone conference with debtor d about a letter her received from the courts disallowing the claim #1 from Republic; wanted to know if he needed to do something. Explained to him what disallowing meant and that he did not need | 0.10 | $150.00 | $15.00 |

| | | | to do anything. | | | |
|---|---|---|---|---|---|---|
| Service | TR | 04/24/2023 | Conference w/ Joey Hood re: Obj to POC | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Review: 23-50271-KMS Order on Objection to Confirmation Document #34 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 04/27/2023 | Pull NADA based on POC's filed by car creditors. Update values of cars, exemptions. Recalculate plan payment options for 3, 4, & 5 years | 0.40 | $350.00 | $140.00 |
| Service | JAC | 05/01/2023 | Add missing bank account to schedule B. Calculate plan pmt for 3 years, prepare plan and schedules for debtor to review and sign | 0.20 | $350.00 | $70.00 |
| Service | TR | 05/01/2023 | Review claims register to determine if we need to file additional claims | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/01/2023 | Contact Debtor: Drafted email to debtor with the amended documents we needed sign to file with the court | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/03/2023 | Contact Debtor: Telephone conference with debtor about the amendment document he needs to sign with the court; he did not check his email; drafted text with link to sign. Received and reviewed the signed document from debtor; saved in clio for attorney to file | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/05/2023 | Telephone call from another attorney regarding follow-up conversation with TR; drafted memo to TR regarding same | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/05/2023 | Telephone conference with other attorney advising that TR withdrew his objection | 0.10 | $150.00 | $15.00 |
| Expense | YM | 05/09/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $35.52 | $35.52 |
| Service | TR | 05/12/2023 | Review: 23-50271-KMS Amended Order Upon Employer Directing Deductions from Pay Document #41 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/15/2023 | Review: 23-50271-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 43 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/17/2023 | Review email memo from JAC re TT Obj and liquidation analysis and draft email to David Rawlings explaining our position on TT Obj | 0.20 | $350.00 | $70.00 |
| Service | TR | 05/17/2023 | Review email from TT re: obj - request for bank statement - reviewed bank statement | 0.20 | $350.00 | $70.00 |

Invoice # 5059 - 07/15/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and drafted email to TT enclosing bank statement. | | | |
| Service | TR | 05/22/2023 | Review: 23-50271-KMS Minute Entry (CHAP) Document# 45 | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/30/2023 | Contact Debtor: Telephone conference with debtor; he is needing the information on the 2nd credit counseling course. He thought he did not have to pay for it; said thought it was already paid for. Explained to him that the first course was paid for not the 2nd. He understood. Drafted email with the course information | 0.20 | $150.00 | $30.00 |
| Service | KR | 06/06/2023 | Contact Debtor: Telephone conference with debtor; he needed help registering for the 2nd credit counseling course. Helped him get started.- | 0.10 | $150.00 | $15.00 |
| Service | KR | 06/06/2023 | Contact Debtor: Telephone conference with debtor he thinks he has finished the course. Check Summit's website and shows that he has completed but the certificate is not available yet. | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/07/2023 | Review: 23-50271-KMS Personal Financial Management Course (Certificate) Document# 47 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/07/2023 | Review: 23-50271-KMS Order on Objection to Confirmation Document #46 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/12/2023 | Review and sign confirmation order via email | 0.10 | $350.00 | $35.00 |
| Service | KR | 06/12/2023 | Contact Debtor: Telephone conference with debtor about the order on the objection to confirmation that he received in the mail. Reviewed the letter and explained that the Trustee's objection is moot and withdrawn. | 0.10 | $150.00 | $15.00 |
| Service | TR | 06/15/2023 | Review: 23-50271-KMS Order Confirming Chapter 13 Plan Document #49 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/10/2023 | Review: 23-50271-KMS Notice Document# 52 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/15/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 1.1 | $350.00 | $385.00 |
| | Thomas Rollins | Attorney | 3.8 | $350.00 | $1,330.00 |

Page 5 of 6

| | | | | |
|---|---|---|---|---|
| Jacki Curry | Non-Attorney | 0.3 | $150.00 | $45.00 |
| Yvette Miller | Non-Attorney | 0.4 | $100.00 | $40.00 |
| Kerri Rodabough | Non-Attorney | 2.2 | $150.00 | $330.00 |
| | | | **Total** | **$2,205.80** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4548 | 04/21/2023 | $2,131.25 | $0.00 | $2,131.25 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5059 | 08/14/2023 | $2,205.80 | $0.00 | $2,205.80 |
| | | | **Outstanding Balance** | **$4,337.05** |
| | | | **Total Amount Outstanding** | **$4,337.05** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6668
Date: 07/19/2024
Due On: 08/18/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Martez Tranque McDonald
130 S 34th Ave
Hattiesburg, MS 39402

## 04651-McDonald Martez Tranque

## Ch 13 (refile) - Martez DNR

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 07/15/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BB | 07/17/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $47.36 | $47.36 |
| Service | TR | 07/17/2023 | Review COS, attach to application and file w/ Court | 0.10 | $350.00 | $35.00 |
| Service | KR | 07/27/2023 | Contact Debtor (Text/Email): Telephone conference with debtor; about the notice he received from the court showing the attorney fees; explained to him that the amounts are included in his bankruptcy and that he does not pay them to us direct. | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/14/2023 | Review: 23-50271-KMS Order on Application for Compensation Document #55 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/05/2024 | Review: 23-50271-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | BM | 04/08/2024 | Drafted Motion to Dismiss letter | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/08/2024 | Drafted email to debtor informing him about the Motion to Dismiss that was filed by the Trustee for non payment and inquired when/if he could make a payment. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/10/2024 | Call Debtor: Reviewed message from debtor requesting a call back; called debtor | 0.10 | $155.00 | $15.50 |

Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | left message; drafted text requesting a call back to go over the delinquency and the Motion to Dismiss that was filed by the Trustee for non payment | | | |
| Service | KR | 04/10/2024 | Incoming Call: Telephone conference with debtor about the delinquency; he stated that there is no way he is behind; he has sent in a money order every month; he says he has all the money order; reviewed the Trustee's website; reviewed all payments received since filing; he has been only sending in a partial payment for most months; calculated the amount that should have been received versus the amount that has been received; he is going to go through his money orders to see what has happened; drafted email to debtor with the account ledger showing all the money orders and the numbers to the money orders for him to compare; he will review and call me back. | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/11/2024 | Incoming Call: Telephone conference with debtor; he accidentally deleted my email with the account ledger showing his payments; he would like me to email again so he can compare the money order payments he has versus what has been received; he stated that he should be able to come up with at least half of the payment; he is going to review the account ledger and let me know the amount and when he can send in a payment towards the delinquency; drafted email to debtor with the account ledger. | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/15/2024 | Call Debtor: Telephone conference with debtor about the Motion to Dismiss; he has mailed $580 on the 10th; he will be mailing another $2000 on 18th and then another $500 before the end of the month; that will be around $3000; explained what would happen if the case is not dismissed and there is still a delinquency; he then stated he is going to see if he can get the remaining amount; he will let me know tomorrow what the total amount will be that he can send in. | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/17/2024 | Incoming Call: Telephone conference with debtor he just mailed a payment in of $2000 today; will call me on Monday to see if they received; reviewed Trustee's website for the delinquency; explained even after they receive the $2000 he will still owe about $1192 through the end of March; he | 0.20 | $155.00 | $31.00 |

Invoice # 6668 - 07/19/2024

|  |  |  | will let me know when he can send in the remaining. |  |  |  |
|---|---|---|---|---|---|---|
| Service | KR | 04/25/2024 | Drafted response per the Motion to Dismiss; drafted email memo to TR re:review response | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/25/2024 | Review and approve Response to TT MTD drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/25/2024 | Prepared the Response per the Motion to Dismiss filed by the Trustee for non payment for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/29/2024 | Review and sign proposed agreed order by email | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/01/2024 | Review: 23-50271-KMS Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document #59 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/06/2024 | Review: 23-50271-KMS Amended Order Upon Employer Directing Deductions from Pay Document #61 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 05/08/2024 | Incoming Call: Debtor called requesting to speak with KR; drafted memo to KR to call back | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/18/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | Attorney | 0.5 | $350.00 | $175.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 1.2 | $155.00 | $186.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $150.00 | $15.00 |
|  |  |  | Total | $659.36 |

## Detailed Statement of Account

**Other Invoices**

Invoice # 6668 - 07/19/2024

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4548 | 04/21/2023 | $2,131.25 | $0.00 | $2,131.25 |
| 5059 | 08/14/2023 | $2,205.80 | $0.00 | $2,205.80 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6668 | 08/18/2024 | $659.36 | $0.00 | $659.36 |
| | | | **Outstanding Balance** | **$4,996.41** |
| | | | **Total Amount Outstanding** | **$4,996.41** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 8761
Date: 02/24/2026
Due On: 03/26/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Martez Tranque McDonald

## 04651-McDonald Martez Tranque

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KR | 07/19/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for expense and attorney fees; drafted 3rd Application for Compensation; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/19/2024 | Review and approve fee app drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/19/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the the Application, the invoice and the proposed order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/23/2024 | Review: 23-50271-KMS Order on Application for Compensation Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | KR | 01/30/2025 | Call Debtor: Reviewed message from debtor requesting a call back; telephone conference with debtor; he wanted to know when his bankruptcy and what he owes; reviewed Trustee's website explained his last payment if he stays current should be 3/2026 and that he is delinquency by $1352.59 through the end of January | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/27/2025 | Incoming Call: Telephone conference with debtor inquiring when his last | 0.10 | $155.00 | $15.50 |

Invoice # 8761 - 02/24/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | payment should be;.reviewed previous task and the Trustee's website and told him it should be around March of 2026. | | | |
| Service | BM | 01/06/2026 | Incoming Call: Call from debtor inquiring when his case will be discharged. Reviewed NDC website to see TT Rawlings has his account listed as "about to close". Explained to debtor there are probably still a few payments that will need to be made in January but once the final payment is made we will begin the discharge process. Also explained the discharge process to debtor | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/02/2026 | Incoming Call: Phone conference with debtor about a letter he received in the mail; explained it was the yearly report from the Trustee; he inquired about his last payment; like I explained previously his last payment should be in March and explained the discharge process; also reviewed the Trustee's website and explained the delinquency owed for one month and how it incurred; he stated that his employer has that payment and should be mailed | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/10/2026 | Review: 23-50271-KMS Release of Wages Document# 66 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/17/2026 | Review: 23-50271-KMS Notice Ch 13 Plan Payments Completed Document# 68 | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/18/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the Entry for Discharge to review and sign for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/19/2026 | Received and reviewed the signed Entry of Discharge from Debtor; revised the Entry of Discharge with dates and signatures; prepared the Entry for Discharge for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/23/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Entry of Discharge with the Declaration of Mailing for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/24/2026 | Incoming Call: Phone conference with | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor wanted to know about his release of wages; stated they are still deducting; he said he received a copy of the release of wages; informed him to provide to the employer | | | |
| Service | KR | 02/24/2026 | Draft Fee Application and Proposed Order: Reviewed Court Docket for all previous invoices and orders filed; Draft Final Fee Application and Lodestar | 0.50 | $155.00 | $77.50 |
| | | | | **Services Subtotal** | | **$454.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/20/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $29.76 | $29.76 |
| | | | **Expenses Subtotal** | | **$29.76** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.2 | $360.00 | $72.00 |
| | Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| | Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | Kerri Rodabough | Non-Attorney | 1.9 | $155.00 | $294.50 |
| | | | | **Subtotal** | **$483.76** |
| | | | | **Total** | **$483.76** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4548 | 04/21/2023 | $2,131.25 | $0.00 | $2,131.25 |
| 5059 | 08/14/2023 | $2,205.80 | $0.00 | $2,205.80 |
| 6668 | 08/18/2024 | $659.36 | $0.00 | $659.36 |

Invoice # 8761 - 02/24/2026

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8761 | 03/26/2026 | $483.76 | $0.00 | $483.76 |
| | | | **Outstanding Balance** | **$5,480.17** |
| | | | **Total Amount Outstanding** | **$5,480.17** |