United States Bankruptcy Court

Southern District of Mississippi

In re:

Martez Tranque McDonald

     Debtor

Case No. 23-50271-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6

Date Rcvd: Mar 26, 2026

User: mssbad

Form ID: 3180W

Page 1 of 3

Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Martez Tranque McDonald, 130 S 34th Ave, Hattiesburg, MS 39402-1605 |
| 5199381 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5199378 | + | Citizens National Bank, 1127 Hwy 15, Laurel, MS 39440-2649 |
| 5199390 | + | Southern Financial Col, PO Box 15203, Hattiesburg, MS 39404-5203 |
| 5199393 | + | Terry McDonald, 206 Hartfield Rd, Apt 39, Hattiesburg, MS 39402-9461 |
| 5199394 | | Tower Loan, 2305 Hwy North, Laurel, MS 39440 |
| 5199395 | + | Walker Motors, 293 Sandy Run Rd, Hattiesburg, MS 39402-8015 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | Mar 26 2026 23:40:00 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Mar 26 2026 23:40:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Mar 26 2026 19:42:10 | Family choice Financial, Inc. - Hattiesburg Branch, c/o B. Joey Hood, II., Attorney at Law, P.O. Box 759, Ackerman, MS 39735-0759 |
| cr | + | EDI: AISACG.COM | Mar 26 2026 23:40:00 | Wollemi Acquisitions, LLC, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5199374 | + | Email/Text: bk@avant.com | Mar 26 2026 19:48:00 | Avant, 222 N LaSalle St, Ste 1700, Chicago, IL 60601-1101 |
| 5230255 | + | Email/Text: notices@jhoodlaw.com | Mar 26 2026 19:47:00 | B. Joey Hood II, Attorney at Law, PLLC, for Family Choice Financial Inc., Hattiesburg Branch, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5199376 | + | EDI: PHINGENESIS | Mar 26 2026 23:40:00 | CB Indigo, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5199375 | + | EDI: CAPITALONE.COM | Mar 26 2026 23:40:00 | Capital One, PO Box 30285, Salt Lake Cit, UT 84130-0285 |
| 5208530 | + | EDI: AISACG.COM | Mar 26 2026 23:40:00 | Capital One Auto Finance, a division of Capital, One, N.A. c/o AIS Portfolio Services, LL, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5199377 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 26 2026 19:48:00 | Chrysler Capital, P.O. Box 660335, Dallas, TX |

District/off: 0538-6 User: mssbad Page 2 of 3

Date Rcvd: Mar 26, 2026 Form ID: 3180W Total Noticed: 32

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75266-0335 |
| 5199379 | + | EDI: WFNNB.COM | Mar 26 2026 23:40:00 | Comenity Bank, Gamestop, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5199380 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2026 19:56:51 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5199382 | | Email/Text: rrush@familychoicefinancial.com | Mar 26 2026 19:47:00 | Family Choice Financial, Inc, 2902 Hardy Street Suite 30, Hattiesburg, MS 39401 |
| 5199385 | | Email/Text: BNSFN@capitalsvcs.com | Mar 26 2026 19:47:00 | First National Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5199383 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2026 19:56:51 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5199384 | + | Email/Text: bankruptcy@curo.com | Mar 26 2026 19:48:00 | First Heritage, 3317 Hardy St, Hattiesburg, MS 39401-6934 |
| 5199386 | | EDI: AMINFOFP.COM | Mar 26 2026 23:40:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5199388 | | Email/Text: bankruptcy@republicfinance.com | Mar 26 2026 19:48:00 | Republic Finance, 1715 Hardy Street St, Suite 50, Hattiesburg, MS 39404 |
| 5203181 | | Email/Text: bankruptcy@republicfinance.com | Mar 26 2026 19:48:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5199389 | | EDI: CBS7AVE | Mar 26 2026 23:40:00 | Seventh Avenue, 112 7th Ave, Monroe, WI 53566-1364 |
| 5199391 | + | EDI: SYNC | Mar 26 2026 23:40:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5199392 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 26 2026 19:47:00 | TBOM Fortiva, P.O.Box 105555, Atlanta, GA 30348-5555 |
| 5205124 | + | Email/Text: FSBank@franklinservice.com | Mar 26 2026 19:47:00 | Trustcare Express Medical Clinic, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5199396 | + | EDI: WFHOME | Mar 26 2026 23:40:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 5208011 | + | EDI: AISACG.COM | Mar 26 2026 23:40:00 | Wollemi Acquisitions, LLC by AIS Portfolio, Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5199387 | ##+ | Paul Garner Motors, LL, P.O. Box 247, Taylorsville, MS 39168-0247 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0538-6

Date Rcvd: Mar 26, 2026

Date: Mar 28, 2026

User: mssbad

Form ID: 3180W

Signature:        /s/Gustava Winters

Page 3 of 3

Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family choice Financial  Inc. - Hattiesburg Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Martez Tranque McDonald trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Wesley H. Blacksher | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Martez Tranque McDonald** | Social Security number or ITIN   **xxx−xx−0367** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **23−50271−KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Martez Tranque McDonald**
fka Martez Tranque Shanks

Dated: 3/26/26

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**